UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF USA FOR 2705(b) NONDISCLOSURE ORDER FOR GRAND JURY SUBPOENA GJ20230720104970 | Case No. 23-sc-1884<br><br>**Filed Under Seal** |

## ORDER

This matter has come before the Court pursuant to an application under 18 U.S.C. § 2705(b) requesting the extension of an order directing the following provider (collectively, "PROVIDER"), each of which is an electronic communication and/or remote computing service provider, not to notify any other person of the existence of legal process previously issued under the following case numbers pursuant to 18 U.S.C. §§ 2703 and 2705(b), in connection with an ongoing investigation bearing the USAO Number 2021R00162, (the "Legal Request"), specifically:

- **Google LLC, Google Legal Investigations Support, 1600 Amphitheatre Parkway, Mountain View, CA 94043
(GJ Subpoena # GJ20230720104970)**

The Court finds reasonable grounds to believe that such disclosure will result in destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2705(b), that PROVIDER and its employees shall not disclose the existence of the Legal Request or any related Order of this Court to any other person (except attorneys for PROVIDER for the purpose of receiving legal advice) for an additional period of ***180 days*** (commencing on the date of this Order), unless the period of nondisclosure is later modified by the Court.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Date: _____

_____
UNITED STATES MAGISTRATE JUDGE